[No. 34534-6-I.   Division One.   July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CORTEZ ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06568-6, Robert S. Lasnik, J., entered

April 7, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Grosse, JJ.